**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,       :   No. 132 MAL 2020

                               Respondent       :

                                             :   Petition for Allowance of Appeal

                                             :   from the Order of the Superior Court

                          v.                    :

                                             :

CHRISTOPHER EDWARD MILLER,          :

                                       :

                             Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.